# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3032

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| William Edward Jones, III, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: February 5, 2004

Filed: February 18, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

William Edward Jones, III, appeals the sentence the district court[1] imposed after he pleaded guilty to possessing a firearm not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d), and to possessing with intent to distribute a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Jones's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967),

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

questioning whether the court erred in accepting Jones's guilty plea and in imposing a sentence within the Sentencing Guidelines range. Upon our independent review under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. While the district court did not fully comply with Federal Rule of Criminal Procedure 11, any errors made by the court did not affect Jones's substantial rights. <u>See</u> <u>United States v. Vonn</u>, 535 U.S. 55, 58-59 (2002); <u>United States v. Olano</u>, 507 U.S. 725, 734-35 (1993); <u>United States v. Prado</u>, 204 F.3d 843, 846 (8th Cir.), <u>cert. denied</u>, 531 U.S. 1042 (2000). Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____